WILLIAM S. LIVINGSTON, JR., and another, *Executors, etc., Respondents, v.* THE SOCIETY FOR THE RELIEF OF THE DESTITUTE, BLIND, ETC., and others, *Appellants.* — Order modified as directed in opinion, and affirmed as modified, without costs. Opinion by DANIELS, J.

IN THE MATTER OF ROBERT CHAPMAN AND OTHERS. — Order affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF WILLIAM A. RIGHTER.

IN THE MATTER OF CAROLINE C. BISHOP. — Orders affirmed, with ten dollars costs and disbursements.

MAX HEURTEMATTE *v.* FRANCIS YARRIS. — Motion for reargument denied.

ROBERT T. SMITH and another *v.* JOHN B. DAVIS and another. — Order reversed, with ten dollars costs and disbursements, and motion to vacate granted, without costs. Opinion by DANIELS, J.

STEPHEN TUNSTALL, *Respondent, v.* WALTER W. WINTON, *Appellant.* — Order affirmed, with ten dollars costs and disbursements, for the reason assigned by LAWRENCE, J.

KATHERINE HARFT, *Respondent, v.* CHARLES HARFT, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

AMITY INSURANCE COMPANY, *Respondent, v.* THE PENNSYLVANIA RAILROAD COMPANY, *Appellant.*

STAR FIRE INSURANCE COMPANY, *Respondent, v.* THE SAME.

LAMAR INSURANCE COMPANY, *Respondent, v.* THE SAME.

TRADESMEN'S FIRE INSURANCE COMPANY, *Respondent, v.* THE SAME.

NEW YORK PRODUCE EXCHANGE INSURANCE COMPANY, *Respondent, v.* THE SAME.

EDWARD MERRITT, *Respondent, v.* THE SAME. — Orders affirmed, with ten dollars costs and disbursements, in one case.